[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 18, 2010
JOHN LEY
CLERK

No. 09-10680
Non-Argument Calendar

_____

D. C. Docket No. 08-80073-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL SINGLETARY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 18, 2010)

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Michael B. Cohen, counsel for Michael Singletary in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Singletary's convictions and sentences are **AFFIRMED**.